UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Cynthia L. Gavin, | ) | Civil Action No. 5:14-217-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed February 12, 2015 (ECF No,. 28). Plaintiff seeks an award of attorney's fees in the amount of $3,572.00, $7.00 in costs and $16.00 in expenses.. The Commissioner filed a Response on February 27, 2015, in which she notified the Court that the parties agreed to a compromise settlement in which Defendant agrees to pay Plaintiff $3,000.00 in attorney fees and $23.00 in costs. (ECF No. 29).

The Court has reviewed the fee motion and response and finds the compromise settlement reasonable. Accordingly,

IT IS ORDERED that the Plaintiff's motion for attorney's fees and costs pursuant to the EAJA be granted in the amount of $3,000.00 in attorney's fees and $23.00 in costs. Payment shall be made payable to the Plaintiff pursuant to *Astrue v Ratliff*, 130 S.Ct. 2521 (2010) and mailed to Plaintiff's attorney. EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).

                                        <u>s/Mary G. Lewis</u>  
                                        Mary G. Lewis  
                                        United States District Judge  

July 13, 2015